RICHARD KOESTER, Respondent, *v.* T. C. E. CORPORATION, Appellant, et al., Defendants.

Submitted January 5, 1943; decided February 25, 1943.

*James J. McLoughlin, Robert F. White and Thomas F. Harrigan* for appellant.

*Benjamin H. Siff* and *Charles Rosenberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.